AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| DEVON SMITH, Individually and on behalf of all others similarly situated<br>*Plaintiff*<br>v.<br>GENERAL INFORMATION SOLUTIONS, LLC<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.   3:18-cv-02354-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Devon Smith, Individually and on behalf of all others similarly situated, take nothing of the defendant, General Information Solutions, LLC, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having heard and granted the defendant's motion to compel arbitration.

Date:   December 12, 2018                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/Charles L. Bruorton
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*